TOWNSHIP OF BANGOR *v.* SMITH TRANSPORTATION CO.

1. Taxes—Collection by Township—Action at Law.
     Under section 40 of Act No. 206, Pub. Acts 1893, providing that taxes assessed on personalty shall become at once a debt to the township from the person to whom they are assessed, and 1 How. Stat. § 737, making the supervisor the proper agent of the township for bringing suits, an action at law may be instituted by a township, under the authority of its supervisor, to enforce the payment of such taxes as its treasurer has failed to collect.

2. Same.
     The right of action conferred upon the township by section 40 is independent of that which is derived from sections 55 and 56, providing for the collection of such delinquent taxes by the treasurer of the township upon warrant issued by the county treasurer.

Error to Bay; Maxwell, J.. Submitted April 9, 1897. Decided May 11, 1897.

*Assumpsit* by the township of Bangor against the Smith Transportation Company to collect a tax assessed on personal property. From a judgment for plaintiff on verdict directed by the court, defendant brings error. Affirmed.

*Simonson, Gillett & Courtright*, for appellant.

*T. A. E. & J. C. Weadock*, for appellee.

. Grant, J. For a statement of this case we refer to 106 Mich. 223. The present record is the same as that, except that it is now shown that the suit was authorized by the supervisor of the township. Section 40 of Act No. 206, Pub. Acts 1893, is as follows: "The taxes thus assessed shall become at once a debt to the township, ward, or city from the persons to whom they are assessed,"

| | |
|---|---|
| 112 | 601 |
| 115 | 679 |
| 112 | 601 |
| f119 | 202 |
| 119 | 203 |
| 112 | 601 |
| 121 | 232 |
| 112 | 601 |
| 123 | 275 |
| 112 | 601 |
| s71$^{NW}$ | 148 |
| 133 | $^2$355 |
| 133 | $^1$547 |
| c133 | $^1$549 |
| 112 | 601 |
| 141 | 590 |

etc. The supervisor is the agent of the township for bringing suits. 1 How. Stat. § 737. We have, therefore, a valid debt due the township, and the proper officer authorizing the suit. The authorities cited by counsel for defendant involve the action of the township treasurer and his authority to bring the suit, and hold that he must follow the statute. Where the treasurer has failed to collect, and the taxes are made a debt due to the township, we see no legal objection to the institution of suit by the authority of the supervisor to enforce payment.

The judgment is affirmed.

The other Justices concurred.